No. 43257.—Protest 909177–G of Ed. F. Mangelsdorf & Bros. (St. Louis).

Opinion by BROWN, J.  It was stipulated that the merchandise consists of reduced iron practically identical with that the subject of *Mantle Lamp Co.* v. *United States* (T. D. 48927).  The claim at three-fourths of 1 cent per pound under paragraph 335 was therefore sustained.